# Exhibit "A"



# Exhibit "B"

Flawless Kitty (@myflawlesskit   ×   +

instagram.com/p/Bt8wy2Nl1Lf/



**myflawlesskitty** • Follow

**myflawlesskitty** Less ingrowns!
No razor burns!
No stubbles!
Last longer!
Once a month!
Hair grows in finer!

Book your appointment now so you can achieve these results!!! #bronx #ny #hairsalon #hairstylist #beautician #mua #nyx #support #brazilianwaxsalon #blackhistorymonth #supportblackownedbusinesses #bosslady #swimsuit #summer2019 #springbreak #spring

203w

17 likes

FEBRUARY 16, 2019

Add a comment...                    Post

THERE'S A   **Flawlesskitty**

BRAZILIAN REASONS
TO GET WAXED

Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More