# Higbee & Associates

A NATIONAL LAW FIRM

October 17, 2023

**LETTER**
**FILED VIA ECF**

Hon James L. Cott
United States Magistrate Judge
500 Pearl St.
New York, NY 10007-1312

**RE:**   **Motion for Extension of Time to Move for Default Judgement**
**Gavin O'Neill v. Flawless Kitty et al.**
**Case 1:23-cv-05611-LAK-JLC**

Dear Judge Cott,

I write this letter on behalf of Plaintiff Gavin O'Neill. Pursuant to Rule 1.E of your Individual Practice Orders, I write this letter to request a brief, 7-day extension to file Plaintiff's Motion for Default Judgment.

I am currently awaiting additional documentation from my client regarding his licensing rates and practices, which are integral to Plaintiff's Motion. My client has indicated that they should be able to provide the requested documentation, which will be used as evidence of my client's damages, within the next week. Plaintiff requests additional time so that the Court has a full understanding of Plaintiff's claims and to ensure that the Court's time is not being wasted by incomplete evidence. Therefore, I hereby request the Court grant a 7 day extension of time for Plaintiff to file his Motion for Default Judgment.

Plaintiff's motion is due on October 18, 2023. If granted, Plaintiff's new deadline to move for default judgment will be October 25, 2023. This is the first extension request made by Plaintiff and no party will be prejudiced by this extension.

Sincerely,

**/s/Taryn Rose Murray**
Taryn Rose Murray, Esq.
*Attorney for Plaintiff*