UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GAVIN O'NEILL,

                Plaintiff,

      -against-

FLAWLESS KITTY LLC, et al.,

             Defendants.

23-cv-5611 (LAK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNSDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for a default judgment against defendant Flawless Kitty LLC is granted for the reasons set forth in the report and recommendation (the "R&R") to which no timely objection has been served.  Plaintiff shall have judgment against said defendant in the total amount of $12,024.50 and for a permanent injunction as set forth in the R&R.

        Plaintiff shall submit a proposed form of judgment by May 3, 2024.

        SO ORDERED.

Dated:     April 26, 2024

                                     Lewis A. Kaplan
                           United States District Judge