UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GAVIN O'NEILL,

                Plaintiff,

   -against-                                        23-cv-5611 (LAK)

FLAWLESS KITTY LLC and DOES 1 Through 10, Inclusive,

                Defendant(s).
------------------------------------------x

## JUDGMENT

**WHEREAS**, the Court granted Plaintiff Gavin O'Neill's Request for Default Judgment and found Defendant Flawless Kitty LLC liable for the copyright infringement of Plaintiff's Flower Photograph; and for good cause shown;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.    Judgment is hereby entered in favor of Plaintiff Gavin O'Neill and against Defendant Flawless Kitty LLC pursuant to 17 U.S.C. § 504 and 17 U.S.C. § 505, for the aggregate amount of $12,024.50 consisting of statutory damages of $10,000, costs of $537, and attorney fees of $1,487.50.

2.    Defendant and its officers, agents, servants, employees, attorneys, and any other persons in active concert or participation with the foregoing, are hereby permanently enjoined and restrained from infringing by any means and inducing copyright infringement by any means of the exclusive rights of Plaintiff, under the Copyright Act, in the Flower Photograph, including without limitation by reproducing the Flower Photograph on Defendant's Instagram account or on any other

website.

3.  Post-judgment interest shall accrue at the rate of 0.25% per annum, in accordance with 28 U.S.C. § 1961, from the day of entry of this Default Judgment until the Judgment Amount and all accrued interest are paid in full by Defendant to the Plaintiff.

4.  The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Default Judgment.

5.  For purposes of this Judgment, "Flower Photograph" is defined as a photograph depicting a naked woman holding a flower in her hands that is registered with the United States Copyright Office under registration number VA 2-066-264, with an effective registration date of August 31, 2017.

New York, NY

Dated:      May 29, 2024

_____
Lewis A. Kaplan
United States District Judge

This document was entered on the docket on May 29, 2024 at 2:55pm.